IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGENICIN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 1:13-CV-3596-TCB |
| LONZA WALKERSVILLE, INC., ) | |
| LONZA GROUP LTD., LONZA ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S OFFER OF JUDGMENT
PURSUANT TO NEW JERSEY CT. R. 4:58**

COMES NOW Plaintiff Regenicin, Inc. ("Regenicin" or "Plaintiff") and hereby offers to take judgment in favor of Plaintiff and against Defendants Lonza Walkersville, Inc., Lonza Group, Ltd., and Lonza America, Inc. (collectively "Defendants") pursuant to *N.J. Ct. R.* 4:58,[1] *et seq.* in the amount of Fifteen Million Dollars ($15,000,000.00). This offer of judgment is made with respect to

---

[1] Plaintiff asserts that Georgia law controls this matter. However, in an abundance of caution, Plaintiff served an offer of judgment letter pursuant to O.C.G.A. § 9-11-68 and prepared this pleading, in the event that this Court determines that New Jersey law should govern.

all claims and counts raised in this action, in accordance with the aforecited *R.* 4:58 and *Firefreeze v. Brennan and Assoc.*, 790 A. 2d 238, 347 N.J. Super. 435 (App. Div. 2002).

PLEASE TAKE FURTHER NOTICE that if this Offer of Judgment is not accepted on or prior to the tenth (10th) day before the actual trial date, or within ninety (90) days of its service, whichever period first expires, it shall be deemed withdrawn and evidence thereof shall not be admissible except in a proceeding after the trial to fix costs, interest and attorneys' fees.  Reference is made to *N.J. Ct. R.* 4:58-2 with respect to the consequences of non-acceptance of this offer.

Respectfully submitted this 3rd day of April, 2014.

                                               **GORDON & REES LLP**

                                               /s/ Carl A. Gebo
                                               Carl A. Gebo
                                               Georgia State Bar No. 288711
                                               Cecily J. McLeod
                                               Georgia Bar No. 581858
                                               Paul M. Spizzirri
                                               Georgia State Bar No. 672752

The Pinnacle Building
3455 Peachtree Road, Suite 1500
Atlanta, GA 30326
Phone: (404) 869-9054
Email: cgebo@gordonrees.com
Email: cmcleod@gordonrees.com
Email: pspizzirri@gordonrees.com
*Attorneys for Regenicin, Inc.*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REGENICIN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 1:13-CV-3596-TCB |
| LONZA WALKERSVILLE, INC., ) | |
| LONZA GROUP LTD., LONZA ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **PLAINTIFF'S OFFER OF JUDGMENT PURSUANT TO NEW JERSEY CT. R. 4:58** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to:

William J. Sheppard: wsheppard@jamesbatesllp.com

Alec N. Sedki : asedki@jamesbatesllp.com

Janeen O. Dougherty: janeen.dougherty@greystreetlegal.com

Respectfully submitted this 3rd day of April, 2014.

**GORDON & REES LLP**

/s/ Carl A. Gebo
Carl A. Gebo
Georgia State Bar No. 288711
Cecily J. McLeod
Georgia Bar No. 581858
Paul M. Spizzirri
Georgia State Bar No. 672752

The Pinnacle Building
3455 Peachtree Road, Suite 1500
Atlanta, GA 30326
Phone: (404) 869-9054
Email: cgebo@gordonrees.com
Email: cmcleod@gordonrees.com
Email: pspizzirri@gordonrees.com
*Attorneys for Regenicin, Inc.*

REGEN/1091514/17359863v.2